UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIEGO GALIETTI, | Case No.: 2:21-cv-02034-APG-BNW |
| Plaintiff | **Preliminary Injunction** |
| v. | [ECF No. 2] |
| WESTERN PROGRESSIVE-NEVADA, INC., | |
| Defendant | |

On December 21, 2021, I conducted a hearing on plaintiff Diego Galietti's motion for a temporary restraining order (TRO) to enjoin the foreclosure sale of his house. ECF No. 2. Based on the findings and conclusions I put on the record during the hearing, I will grant a preliminary injunction instead of a TRO.

I THEREFORE ORDER that Galietti's motion **(ECF No. 2) is granted**. I enjoin defendant Western Progressive-Nevada, Inc. (WP) from conducting the foreclosure sale of the house and real property located at 3569 Pinnate Drive, Las Vegas, NV 89147 (the Property) pending further order of this court.

I FURTHER ORDER WP to file a supplemental brief by February 1, 2022 addressing the issues I raised at the hearing, including how MERS had authority to execute the December 13, 2012 (recorded January 2, 2013) assignment to Citibank as Indenture Trustee (ECF No. 11-5) after the bankruptcy of American Home Mortgage Acceptance, Inc.[1] Galietti may file a responsive brief by February 16, 2022.

---

[1] *See, e.g.*, *Wood v. Germann*, 331 P.3d 859, 861 n.4 (Nev. 2014) ("A scenario in which a loan assignment might be void is where the assignor did not possess the rights it was purporting to

I FURTHER ORDER Galietti to post security for this injunction as follows: $750.00 will be deposited with the court by January 28, 2022. Fed. R. Civ. P. 65(c). On March 1, 2022, and on the first business day of each month thereafter, Galietti will deposit with the court an additional $1,000.00. Galietti will continue to deposit $1,000.00 each month while this injunction remains in effect.

DATED this 21st day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

assign."). One question I expressed at the hearing is whether MERS lost its authority to execute the assignment after American Home filed bankruptcy.

2