WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant Western Progressive-Nevada, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIEGO M. GALIETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE-NEVADA, INC., and DOES I THROUGH X inclusive; and ROE CORPORATION XX through XXX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-2034-APG BNW<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFING (FIRST REQUEST)** |

Plaintiff, Diego M. Galietti ("Plaintiff"), and Defendant, Western Progressive-Nevada, Inc. ("Western Progressive") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 21, 2021, an Order Granting Plaintiff's Preliminary Injunction was filed [ECF No. 19]. Western Progressive is ordered to file a supplemental brief by February 1, 2022. The deadline for Plaintiff to file a responsive brief is February 16, 2022. The Parties have discussed extending the deadlines for supplemental briefing to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Western Progressive to file their supplemental brief to February 15, 2022.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Plaintiff to file his responsive brief to March 1, 2022.

This is the first motion for an extension of time for the Parties to file their supplemental briefing. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 25th day of January, 2022.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF RANDAL R. LEONARD, ESQ. |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Randal R. Leonard* |
| Ramir M. Hernandez, Esq. | Randal R. Leonard, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 6716 |
| 7785 W. Sahara Ave., Suite 200 | 2901 El Camino Ave., #200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89102 |
| *Attorneys for Defendant, Western Progressive-Nevada, Inc.* | *Attorneys for Plaintiff, Diego M. Galietti* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 28, 2022