WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant Western Progressive-Nevada, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIEGO M. GALIETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE-NEVADA, INC., and DOES I THROUGH X inclusive; and ROE CORPORATION XX through XXX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-2034-APG BNW<br><br>**STIPULATION AND ORDER REGARDING MOTION TO EXTEND TIME [ECF No. 25]** |

Plaintiff, Diego M. Galietti ("Plaintiff"), and Defendant, Western Progressive-Nevada, Inc. ("Western Progressive") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 28, 2022, Plaintiff filed a Motion to Extend Time [ECF No. 23], whereby he asked that his monthly bond payment of $750 due on January 28, 2022, instead be due on March 1, 2022.  On February 4, 2022, Western Progressive filed a Limited Opposition to Motion to Extend Time [ECF No. 25].  In its Limited Opposition, Western Progressive indicated that it was not opposed to granting Plaintiff his requested extension.

WHEREAS, the Parties hereby stipulate and agree that Plaintiff has until March 1, 2022, to pay the monthly bond amount of $750 due on January 28, 2022.

WHEREAS, the Parties further stipulate and agree that all other terms of the Order Granting Preliminary Injunction shall remain in place, including the $1,000 payment due on March

1, 2022, and every month thereafter.

WHEREAS, the Parties further stipulate and agree that should Plaintiff miss the payments due on March 1, 2022, or any other payments thereafter, the preliminary injunction shall immediately dissolve without further court order.

WHEREAS, the Parties further stipulate and agree that the hearing on the Motion to Extend set for February 8, 2022 at 11 a.m. should be vacated.

DATED this 4th day of February, 2022.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF RANDAL R. LEONARD, ESQ. |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Randal R. Leonard* |
| Ramir M. Hernandez, Esq. | Randal R. Leonard, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 6716 |
| 7785 W. Sahara Ave., Suite 200 | 2901 El Camino Ave., #200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89102 |
| *Attorneys for Defendant, Western Progressive-Nevada, Inc.* | *Attorneys for Plaintiff, Diego M. Galietti* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 7, 2022