```
WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
```

*Attorneys for Defendant Western Progressive-Nevada, Inc. and Citibank, N.A., as Trustee of the American Home Mortgage Investment Trust 2004-3, Mortgage Backed Notes, Series 2004-3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIEGO M. GALIETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE-NEVADA, INC., a Delaware Corporation; CITIBANK, N.A., as Trustee of the American Home Mortgage Investment Trust 2004-3, Mortgage Backed Notes, Series 2004-3; and DOES I THROUGH X inclusive; and ROE CORPORATION XX through XXX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-2034-APG BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff, Diego M. Galietti ("Plaintiff"), and Defendants Citibank, N.A., as Trustee of the American Home Mortgage Investment Trust 2004-3, Mortgage Backed Notes, Series 2004-3 ("Citibank"); and Western Progressive-Nevada, Inc. ("Western Progressive") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 10, 2022, Plaintiff filed his First Amended Complaint [ECF No. 38]. The deadline for Defendants to file an Answer or responsive pleading is May 24, 2022. The Parties have discussed extending the deadline for Defendants to file an Answer or responsive pleading to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Citibank and

1  Western Progressive to file an Answer or responsive pleading to the First Amended Complaint to
2  June 17, 2022.
3        This is the first motion for an extension of time for the Defendants to file Answer or
4  responsive pleading to the First Amended Complaint. The extension is requested in good faith
5  and is not for purposes of delay or prejudice to any other party.
6        DATED this 24th day of May, 2022.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF RANDAL R. LEONARD, ESQ. |
|---|---|
| */s/ Ramir M. Hernandez* <br> Ramir M. Hernandez, Esq. <br> Nevada Bar No. 13146 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant, Western Progressive-Nevada, Inc. and Citibank, N.A., as Trustee of the American Home Mortgage Investment Trust 2004-3, Mortgage Backed Notes, Series 2004-3* | */s/ Randal R. Leonard* <br> Randal R. Leonard, Esq. <br> Nevada Bar No. 6716 <br> 2901 El Camino Ave., #200 <br> Las Vegas, NV 89102 <br> *Attorneys for Plaintiff, Diego M. Galietti* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 25, 2022