RANDAL R. LEONARD, ESQ.
Nevada Bar No. 6716
2901 El Camino Avenue, #200
Las Vegas, Nevada 89102
(702) 598-3667/ office
(702) 598-3926/ facsimile
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DIEGO M. GALIETTI, an individual,

    Plaintiff,

vs.

WESTERN PROGRESSIVE-NEVADA, INC.;
CITIBANK, N.A., as Trustee of the American
Home Mortgage Investment Trust 2004-3,
Mortgage Backed Notes, Series 2004-3; and DOES
I THROUGH X inclusive; and ROE
CORPORATION XX through XXX, inclusive,
    Defendants.

Case No.: 2:21-cv-2034-APG BNW

### STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' SUPPLEMENTAL BRIEF AND MOTION TO DISMISS

### (Second Request)

Plaintiff, Diego M. Galietti (Galietti), and Defendants Western Progressive-Nevada, Inc. (Western Progressive), and Citibank, N.A., as Trustee of the American Home Mortgage Investment Trust 2004-3, Mortgage Backed Notes, Series 2004-3 (Citibank), by and through their counsel, hereby stipulate and agree as follows:

1. Western Progressive and Citibank together filed on June 17, 2022 a Motion to Dismiss and a Supplemental Brief (docket nos. 50 and 51).

2. Galietti's deadline to file responsive pleadings to the above is July 15, 2022 currently.

1

3. Even so the parties, Galietti, Western Progressive and Citibank agree to extend the time for Galietti to respond to the Motion to Dismiss and Supplemental Brief to July 29, 2022.

4. This is the second motion for an extension of time for Galietti to file responses to the Motion to Dismiss and Supplemental Brief.  The extension is requested in good faith and is not for the purpose of delay or prejudice to any party to this action.

Dated this 15th day of July 2022.

/s/ Randal R. Leonard, Esq.
RANDAL R. LEONARD, ESQ.
Nevada Bar No. 6716
2901 El Camino Avenue, #200
Las Vegas, Nevada 89102
(702) 598-3667/ office
(702) 598-3926/ facsimile
Attorney for Plaintiff

/s/ Ramir M. Hernandez, Esq.
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964
(702) 946-1345 fax
Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2022

2