# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIEGO M. GALIETTI,<br><br>    Plaintiff<br><br>v.<br><br>WESTERN PROGRESSIVE-NEVADA, INC. and CITIBANK, N.A.,<br><br>    Defendants | Case No.: 2:21-cv-02034-APG-BNW<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 50] |

In light of the parties' notice of settlement (ECF No. 65),

I ORDER that the defendants' motion to dismiss **(ECF No. 50) is DENIED as moot.**

DATED this 12th day of October, 2022.

                                                    ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE